THE HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACK PRECOUR, WILLIAM CAPTAIN REED, CESAR LOPEZ, TOMASINA ENOCH, MARSHALL P. JONES, JR., and CORNELIA CLAY FULGHUM, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>T-MOBILE USA, INC.,<br><br>    Defendant. | No. 2:21-cv-01415-BJR<br><br>**STIPULATED MOTION AND ORDER TO STAY PROCEEDINGS PENDING JPML'S RULING ON TRANSFER** |

STIPULATED MOTION AND ORDER
TO STAY PROCEEDINGS
(No. 2:21-cv-01415-BJR) - 1

154569743.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Under Western District of Washington Local Rules 7(d)(1) and 10(g), Plaintiffs Jack Precour, William Captain Reed, Cesar Lopez, Tomasina Enoch, Marshall P. Jones, Jr., Cornelia Clay Fulghum, and Diego Quintanilla, and Defendant T-Mobile USA, Inc. (together "the Parties"), hereby stipulate to stay all proceedings and deadlines in this action until the Judicial Panel on Multidistrict Litigation ("JPML") rules on the pending motion to transfer under 28 U.S.C. § 1407 ("MDL Petition").  *See In re: T-Mobile Customer Data Sec. Breach Litig.* ("*In re: T-Mobile*"), MDL No. 3019 (ECF No. 1).  In support of this stipulated motion, the Parties state:

Plaintiffs filed this case on October 15, 2021.  *See* ECF No. 1.  In a related case, this Court recently granted T-Mobile's motion requesting a stay pending the JPML's ruling on the MDL Petition, finding:

> Any delay arising from a stay is likely to be short, and Plaintiffs have not demonstrated that any significant prejudice would result from a short stay.  A stay is also likely to conserve judicial resources, as well as the parties' resources, until the JPML decides whether (and if so, where) to transfer the dozens of similar cases for coordinated or consolidated pretrial proceedings.

*Daruwalla v. T-Mobile USA, Inc.*, No. 2:21-cv-01118-BJR (W.D. Wash. Oct. 29, 2021) (ECF No. 39).  The Parties therefore respectfully request that the Court enter a short stay of all proceedings here until the JPML rules on the MDL Petition.

STIPULATED MOTION AND ORDER
TO STAY PROCEEDINGS
(No. 2:21-cv-01415-BJR) - 2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

154569743.1

1   Dated:  November 10, 2021

2   By: /s/ Steve Y. Koh                                 By: /s/ Kim D. Stephens_____
    Steve Y. Koh, WSBA No. 23284                         Kim D. Stephens, P.S., WSBA #11984
3   Kathleen M. O'Sullivan, WSBA No. 27850               Jason T. Dennett, WSBA #30686
    Lauren J. Tsuji, WSBA No. 55839                      Kaleigh N. Powell, WSBA #52684
4   **PERKINS COIE LLP**                                 **TOUSLEY BRAIN STEPHENS PLLC**
    1201 Third Avenue, Suite 4900                        1200 Fifth Avenue, Suite 1700
5   Seattle, WA  98101-3099                              Seattle, WA 98101
    Telephone: 206.359.8000                              Telephone: (206) 682-5600
6   Facsimile: 206.359.9000                              Facsimile: (206) 682-2992
    E-mail: SKoh@perkinscoie.com                         E-Mail: jdennett@tousley.com
7           KOSullivan@perkinscoie.com                           kstephens@tousley.com
            LTsuji@perkinscoie.com                               kpowell@tousley.com
8

9   Kristine McAlister Brown (*pro hac vice*)            Amy E. Keller (*pro hac vice* to be filed)
    **ALSTON & BIRD LLP**                                James A. Ulwick (*pro hac vice* to be filed)
10  1201 West Peachtree Street                           **DICELLO LEVITT GUTZLER LLC**
    Atlanta, GA 30309                                    Ten North Dearborn Street, Sixth Floor
11  Telephone: (404) 881-7000                            Chicago, IL 60602
    Facsimile: (404) 881-7777                            Telephone: (312) 214-7900
12  E-Mail: kristy.brown@alston.com                      Facsimile: (312) 253-1443
                                                         Email: akeller@dicellolevitt.com
13  *Attorneys for Defendant T-Mobile USA, Inc.*                 julwick@dicellolevitt.com

14                                                       William A. Kershaw
                                                         Ian J. Barlow
15                                                       **KERSHAW, COOK & TALLEY PC**
                                                         401 Watt Avenue
16                                                       Sacramento, CA 95846
                                                         Telephone: (916) 779-7000
17                                                       Facsimile: (916) 244-4829
                                                         Email: bill@kctlegal.com
18                                                               ian@kctlegal.com

19                                                       Tyler H. Fox, Esq.
                                                         **LAW OFFICES OF TYLER H. FOX**
20                                                       135 Antrim St., Unit # 2
                                                         Cambridge, MA 02139
21                                                       Telephone: (857) 260-3105
                                                         Email: tylerfox@verizon.net
22
                                                         *Attorneys for Plaintiffs*
23

24  STIPULATED MOTION AND ORDER                          Perkins Coie LLP
    TO STAY PROCEEDINGS                                  1201 Third Avenue, Suite 4900
    (No. 2:21-cv-01415-BJR) - 3                          Seattle, Washington 98101-3099
                                                         Phone: 206.359.8000
                                                         Fax: 206.359.9000
    154569743.1

**ORDER**

IT IS SO ORDERED.

Dated this 12th day of November, 2021.

<u>s/Barbara J. Rothstein</u>
Barbara J. Rothstein
U.S. District Court Judge

Presented by:

Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKoh@perkinscoie.com
         KOSullivan@perkinscoie.com
         LTsuji@perkinscoie.com

Kristine McAlister Brown (*pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-Mail: kristy.brown@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*

STIPULATED MOTION AND ORDER
TO STAY PROCEEDINGS
(No. 2:21-cv-01415-BJR) - 4

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

154569743.1